## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE C. NORWOOD, | **CRIMINAL ACTION** |
| Petitioner, | NO. 15-0242 |
| v. | |
| UNITED STATES OF AMERICA, | **CIVIL ACTION** |
| Respondent. | NO. 17-0490 |

## ORDER

**AND NOW**, this 21st day of August 2017, upon consideration of Petitioner Clarence C. Norwood's pro se Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 38), the Government's Response in Opposition (Doc. No. 48), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1.  Petitioner's pro se Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 38) is **DENIED WITHOUT A HEARING**.

2.  A Certificate of Appealability **SHALL NOT** issue because a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Petition. 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

3.  Petitioner's pro se Motion to Expedite the § 2255 Proceeding (Doc. No. 39) is **DENIED AS MOOT**.

4.  Petitioner's pro se Motion for Release Pending the Disposition of the § 2255 Proceeding (Doc. No. 40) is **DENIED AS MOOT**.[1]

---

[1] On May 31, 2017, Petitioner was released from incarceration after serving his five month sentence. Therefore, his Motion for Release Pending the Disposition of the § 2255 Proceeding will be denied as moot.

5.     The Clerk of Court shall close this case for statistical purposes.


                                          BY THE COURT:


                                          /s/ Joel H. Slomsky
                                          JOEL H. SLOMSKY, J.